IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL MOSS and MARY ANN MOSS,
on behalf of themselves and on behalf of
JENNIFER MOSS,

    Plaintiffs,

v.                                      No. 1:13-cv-01081-SWS-WPL

LA ENTRADA AT RANCHO VIEJO
COMMUNITY ASSOCIATION, INC.,
UNIVEST-RANCHO VIEJO, LLC.,
REXFORD ROSS, PATRICK THOMAS,
PATRICIA BARNES, CASS THOMPSON,
and KENNETH VELLON and EUNICE VELLON,
husband and wife,

    Defendants.

and

LA ENTRADA AT RANCHO VIEJO
COMMUNITY ASSOCIATION, INC.,
UNIVEST-RANCHO VIEJO, LLC.,
REXFORD ROSS, PATRICK THOMAS,
PATRICIA BARNES and CASS THOMPSON,

    Third Party Plaintiffs,

v.

KENNETH VELLON and EUNICE VELLON,
husband and wife,

    Third Party Defendants,

and

UNIVEST-RANCHO VIEJO, LLC,

    Third Party Plaintiff,

v.

UNITED SPECIALTY INSURANCE CO.,

    Third Party Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiffs Michael Moss and Maryann Moss, on behalf of themselves and on behalf of their daughter, Jennifer Moss, and Defendants and Third Party Plaintiffs, La Entrada at Rancho Viejo Community Association, Inc., Univest–Rancho Viejo, LLC, Rexford Ross, Patrick Thomas, Patricia Barnes, Cass Thompson, Defendants and Third-party Defendants Kenneth and Eunice Vellon husband and wife, and Third-party Defendant United Specialty Insurance Co., by and through their respective undersigned counsel and stipulate and agree as follows:

This action is hereby dismissed with prejudice as to all claims and causes of action by and against Defendants and Third Party Defendants in the above captioned matter.

WHEREFORE, Plaintiffs, Third Party Plaintiffs, Defendants and Third Party Defendants hereby stipulate to the dismissal of all claims and causes of action by and against Defendants and Third Party Defendants in the above captioned matter, with prejudice, with each party to bear their own costs and attorneys' fees with regard to this dismissed litigation.

Jointly Submitted:

    THE SIMONS FIRM, LLP

By:   */s/ Thomas A. Simons, IV*
      Thomas A. Simons, IV
      Quinn Scott Simons
      Post Office Box 5333
      Santa Fe, NM 87502-5333
      (505) 988-5600
      tsimons@simonsfirm.com
      qsimons@simonsfirm.com
      *Attorneys for La Entrada at Rancho Viejo Community*
      *Association Inc, Rexford Ross, Patrick Thomas, Patricia*
      *Barnes, and Cass Thompson*

RELMAN, DANE & COLFAX, PLLC

By: */s/ Reed Colfax*
Reed Colfax
Yiyang Wu
2009 Botulph Rd.
Santa Fe, NM 87505
rcolfax@relmanlaw.com
ywu@relmanlaw.com
*Attorneys for Michael, Mary Ann and Jennifer Moss*

FELKER, ISH, RITCHIE & GEER, PA

By: */s/ Mark Ish*
Mark Ish
911 Old Pecos Trail
Santa Fe, NM 87505
markish@felkerishlaw.com
*Attorneys for Univest–Rancho Viejo LLC*

EGOLF, FERLIC & DAY

By: */s/ Brian Egolf*
Brian Egolf
Kate Ferlic
Jamison Barkley
128 Grant Avenue
Santa Fe, NM 87501
brian@egolflaw.com
kate@egolflaw.com
jamison@egolflaw.com
*Attorneys for Kenneth and Eunice Vellon*

RIGHI LAW GROUP, PLLC.

By: */s/ Chris H. Begeman*
Chris H. Begeman
2111 East Highland Ave. Ste. B440
Phoenix, AZ 85016
chris@righilaw.com
*Attorney for United Specialty Insurance Co.*

3

RODEY, DICKASON, SLOAN,
AKIN & ROBB, PA


By:     */s/ Kevin J. Banville*
        Cristina A. Adams
        Kevin J. Banville
        Jessica R. Terrazas
        P.O. Box 1888
        Albuquerque, NM 87103-1888
        cadams@rodey.com
        kbanville@rodey.com
        jterrazas@rodey.com
        *Attorneys for Kenneth and Eunice Vellon*

        MADISON & MROZ, P.A.


By:     */s/ Ada B. Priest*
        Ada B. Priest
        Una Campbell
        201 Third Street, NW, Suite 1600
        Albuquerque, NM 87102
        abp@madisonlaw.com
        uc@madisonlaw.com
        *Attorneys for Univest–Rancho Viejo LLC*