IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL MOSS and MARY ANN MOSS,
on behalf of themselves and on behalf of
JENNIFER MOSS,

    Plaintiffs,

v.                                                                                          No. 1:13-cv-01081-SWS-WPL

LA ENTRADA AT RANCHO VIEJO
COMMUNITY ASSOCIATION, INC.,
UNIVEST-RANCHO VIEJO, LLC.,
REXFORD ROSS, PATRICK THOMAS,
PATRICIA BARNES, CASS THOMPSON,
and KENNETH VELLON and EUNICE VELLON,
husband and wife,

    Defendants.

_____

LA ENTRADA AT RANCHO VIEJO
COMMUNITY ASSOCIATION, INC.,
UNIVEST-RANCHO VIEJO, LLC.,
REXFORD ROSS, PATRICK THOMAS,
PATRICIA BARNES and CASS THOMPSON,

    Third Party Plaintiffs,

v.

KENNETH VELLON and EUNICE VELLON,
husband and wife,

    Third Party Defendants,

_____

UNIVEST-RANCHO VIEJO, LLC,

    Third Party Plaintiff,

v.

UNITED SPECIALTY INSURANCE CO.,

    Third Party Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER coming before the Court on the Parties' Stipulation of Dismissal with Prejudice, the parties being in agreement, the matter having been resolved by the parties, and the Court being advised in the premises,

IT IS HEREBY ORDERED: this action is dismissed with prejudice as to all claims and causes of action among the parties with each party to bear her, his or its own costs and attorneys' fees.

DATED this 13th day of March, 2015.

Scott W. Skavdahl
United States District Judge

Jointly Submitted by All Parties:

| THE SIMONS FIRM, LLP | RELMAN, DANE & COLFAX, PLLC |
|---|---|
| By: /s/ Thomas A. Simons, IV<br>Thomas A. Simons, IV<br>Quinn Scott Simons<br>Post Office Box 5333<br>Santa Fe, NM 87502-5333<br>(505) 988-5600<br>tsimons@simonsfirm.com<br>*Attorneys for La Entrada at Rancho Viejo Community Association Inc, Rexford Ross, Patrick Thomas, Patricia Barnes, and Cass Thompson* | By: /s/ Reed Colfax<br>Reed Colfax<br>Yiyang Wu<br>2009 Botulph Rd.<br>Santa Fe, NM 87505<br>rcolfax@relmanlaw.com<br>ywu@relmanlaw.com<br>*Attorneys for Michael, Mary Ann and Jennifer Moss* |
| **FELKER, ISH, RITCHIE & GEER, PA** | **EGOLF, FERLIC & DAY** |
| By: /s/ Mark Ish<br>Mark Ish<br>911 Old Pecos Trail<br>Santa Fe, NM 87505<br>markish@felkerishlaw.com<br>*Attorneys for Univest–Rancho Viejo LLC* | By: /s/ Brian Egolf<br>Brian Egolf<br>Kate Ferlic<br>Jamison Barkley<br>128 Grant Avenue<br>Santa Fe, NM 87501<br>brian@egolflaw.com<br>kate@egolflaw.com<br>jamison@egolflaw.com<br>*Attorneys for Kenneth and Eunice Vellon* |

| | |
|---|---|
| RODEY, DICKASON, SLOAN, AKIN & ROBB, PA<br><br>By:   */s/ Kevin J. Banville*<br>      Cristina A. Adams<br>      Kevin J. Banville<br>      Jessica R. Terrazas<br>      P.O. Box 1888<br>      Albuquerque, NM 87103-1888<br>      cadams@rodey.com<br>      kbanville@rodey.com<br>      jterrazas@rodey.com<br>      *Attorneys for Kenneth and Eunice Vellon* | MADISON & MROZ, P.A.<br><br>By:   */s/ Ada B. Priest*<br>      Ada B. Priest<br>      Una Campbell<br>      201 Third Street, NW, Suite 1600<br>      Albuquerque, NM 87102<br>      abp@madisonlaw.com<br>      uc@madisonlaw.com<br>      *Attorneys for Univest–Rancho Viejo LLC* |
| RIGHI LAW GROUP, PLLC.<br><br>By:   */s/ Chris H. Begeman*<br>      Chris H. Begeman<br>      2111 East Highland Ave. Ste. B440<br>      Phoenix, AZ 85016<br>      chris@righilaw.com<br>      *Attorney for United Specialty Insurance Co.* | |